UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 16 CR 50014 |
| | ) | Magistrate Judge Iain D. Johnston |
| MICHAEL JAMES MAUS | ) | (Judge Philip G. Reinhard) |

**SECOND AGREED PROTECTIVE ORDER
FOR ATTORNEYS' EYES ONLY**

Upon an agreed motion of the United States for entry of a second agreed protective order for attorneys' eyes only and the defendant agreeing to entry of the motion and waiving presentation of the motion, it is hereby ordered:

1. The materials numbered 000522-000856 produced by the government in this case and United States Bureau of Prison Post Orders and Use of Force Program Statement, collectively referred to as "Attorneys' Eyes Only Discovery," excluding any items which may become an exhibit admitted into evidence, shall remain the property of the United States. Within 30 days following the later of sentencing, conclusion of an appeal, or an earlier resolution of the charge against the defendant, all Attorneys' Eyes Only Discovery and all copies made thereof shall be returned to the United States without further order of Court. All Attorneys' Eyes Only Discovery that is returned shall be segregated and preserved by the United States for a period of one year after sentencing, appeal, or an earlier resolution of the charge against the defendant.

2. Access to the Attorneys' Eyes Only Discovery shall be limited to defendant's present counsel of record in this matter and shall not be disclosed, directly or indirectly, or made accessible to anyone else, including the defendant.

3. Attorneys' Eyes Only Discovery provided by the United States may be utilized by defense counsel solely in connection with the defense of this case and for no other purpose and in connection with no other proceeding. Any notes or records of any kind that defense counsel may make relating to the contents of the Attorneys' Eyes Only Discovery shall not be disclosed to anyone other than to other present defense counsel of record.

4. Attorneys' Eyes Only Discovery shall not be copied or reproduced except as necessary to provide copies of the materials for use by present defense counsel. Copies and reproductions thereof shall be treated in the same manner as the originals.

5. Lead defense counsel shall maintain a copy of this Order that shall be signed and dated by each defense attorney who received Attorneys' Eyes Only Discovery.

6. Violation of this Order may result in the imposition of civil and criminal sanctions.

ENTER:

*Philip G. Reinhard*

PHILIP G. REINARD
United States District Judge

DATED: 8/26/16